UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 1:26-cv-11652-JEK

| | |
|---|---|
| MIGUEL MARTINEZ, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF NEW BEDFORD, | ) |
| JARED LUCAS, Individually and in his official capacity, | ) |
| KEVIN BARBOSA,  Individually and in his official capacity, | ) |
| and JOHN DOE SUPERVISORY OFFICERS, | ) |
|     Defendants. | ) |

**DEFENDANT JARED LUCAS'S MOTION TO DISMISS**

**NOW COMES** Defendant Jared Lucas (hereinafter "Lucas") and, pursuant to Fed.R.Civ.P. 12(b)(6), hereby move that this Honorable Court to dismiss all counts in the Complaint alleged against him with prejudice. Miguel Martinez ("Martinez"). brings suit against Lucas under the following causes of action:

COUNT I – 42 U.S.C. § 1983 – Unlawful Search and Seizure
COUNT II – 42 U.S.C. § 1983 – Malicious Prosecution/Unlawful Seizure
COUNT III – 42 U.S.C. § 1983 – Civil Conspiracy
COUNT V – Massachusetts Civil Rights Act, M.G.L. c. 12 §§ 11H-11I
COUNT VI – Malicious Prosecution (Common Law)
COUNT VII – False Imprisonment

In support thereof, Defendant states as follows: Counts I, II, and III are susceptible to dismissal because Lucas is entitled to qualified immunity. Count V fails because Martinez does not make definitive allegations of threats, intimidation, and coercion. Count VI fails because there is no evidence that Lucas initiated or continued a criminal proceeding against Martinez. Finally, Count VII cannot go forward because Lucas was not part of Martinez's arrest after other offices searched his home.

1

A memorandum of law is submitted separately in support herewith.

## LOCAL RULE 7.1 CERTIFICATION

Counsel for the Defendant hereby certifies that, pursuant to Local Rule 7.1(a)(2), he conferred with the Plaintiff's counsel on May 21, 2026, in a good faith effort to narrow the issues raised herein. The parties were unable to narrow the issues, requiring the filing of this Motion to Dismiss.

*/s/ Brian M. Fleming*

_____

Brian M. Fleming, BBO #684858

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), counsel for the Defendants respectfully requests that oral argument be had on this Motion to Dismiss.

Respectfully submitted,

JARED LUCAS,
By his attorney,

**PIERCE DAVIS & PERRITANO LLP**

*/s/ Brian M. Fleming*

_____
Brian M. Fleming, BBO No. 684858
Daniel G. Skrip, BBO No. 629784
10 Post Office Square, Suite 1100N
Boston, MA 02109
(617) 350-0950
bfleming@piercedavis.com
dskrip@piercedavis.com

2

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 22nd day of May 2026.

/s/ Brian M. Fleming
Brian M. Fleming