UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
C.A. NO. 1:26-CV-11652-JEK

MIGUEL MARTINEZ,
Plaintiff

v.

CITY OF NEW BEDFORD, JARED LUCAS,
INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY, KEVIN BARBOSA,
INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY, AND JOHN DOE SUPERVISORY
OFFICERS,
Defendants

PLAINTIFF'S OPPOSITION TO
DEFENDANT JARED LUCAS'S
MOTION TO DISMISS

Plaintiff Miguel Martinez hereby opposes the Motion to Dismiss of Defendant Jared Lucas. For the reasons set forth in the accompanying Memorandum of Law, which is incorporated herein by reference, Plaintiff respectfully requests that this Court deny the Motion to Dismiss in its entirety. In the alternative, should the Court be inclined to dismiss any count, Plaintiff requests leave to amend the Complaint to cure any pleading deficiency identified by the Court.

The Plaintiff,
By Counsel,

/s/ Thomas E. Flaws,

Thomas E. Flaws, Esq.,
BBO #661179
Altman Nussbaum Shunnarah
44 School Street, 6th Floor
Boston, MA 02108
(781) 675-2323
tflaws@anslawyers.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 2, 2026, a true copy of the above document was served upon the attorney of record for each party through the Court's CM/ECF system.

/s/ Thomas E. Flaws

Thomas E. Flaws, Esq.